**DISMISS and Opinion Filed June 8, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-95-00156-CV**

_____

**MARION L. GOAD INDIVIDUALLY AND GO-FORMS, INC., Appellants**

**V.**

**JULIUS A. SAMAME, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 93-00510-M**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Partida-Kipness

We reinstate this appeal. In 1995, we abated this case due to Go-Forms, Inc.'s bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on August 6, 1999, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, No. 05-90-00810-CV, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

950156F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARION L. GOAD
INDIVIDUALLY AND GO-
FORMS, INC., Appellants

No. 05-95-00156-CV      V.

JULIUS A. SAMAME, Appellee

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 93-00510-M.
Opinion delivered by Justice Partida-
Kipness. Justices Myers and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered June 8, 2021